IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL WAYNE MILLER                                                                    PLAINTIFF

VS.                                    Civil No. 15-cv-1025

SHERIFF MIKE MCGOUGH,
PATROLMAN TOMMY WILLIAMS,
CPT. RICKY ROBERTS,
LT. WAYNE GOODE,
LT. STEVEN GREEN, and
LT. NEIL GREER                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 23, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends Plaintiff's Complaint be dismissed without prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge